JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>MARY E. QUAGLETTI, Trustee of the Joseph James Quagletti Testamentary Trust dated April 2, 1975; SUSAN MARY MIJARES, Trustee of the Joseph James Quagletti Testamentary Trust dated April 2, 1975; MARY E. QUAGLETTI, Trustee of the Second Amended and Restated Mary E. Quagletti Trust Agreement dated November 5, 1999 as amended on August 5, 2003; and DOES 1-10,<br><br>  Defendants. | Case No.: 2:21-cv-06308-RSWL-JEM<br><br>*Hon. Ronald S. W. Lew*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 4, 2021<br>Trial Date:   Not on Calendar |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendants Mary E. Quagletti, Trustee of the Joseph James Quagletti Testamentary Trust dated April 2, 1975; Susan Mary Mijares, Trustee of the Joseph James Quagletti Testamentary Trust dated April 2, 1975; Mary E. Quagletti, Trustee of the Second Amended and Restated Mary E. Quagletti Trust Agreement dated November 5, 1999 as amended on August 5, 2003, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: December 18, 2021

/s/ RONALD S.W. LEW
Hon. Ronald S. W. Lew
United States District Judge